UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALINE C. ANTHONY

VERSUS

MICHAEL ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

CIVIL ACTION

NO. 06-982-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated January 29, 2008 (doc. no. 9) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, pursuant to the fourth sentence of 42 U.S.C. § 405(g), final judgment is entered reversing the decision of the Commissioner denying benefits and remanding the matter to the Commissioner for further proceedings consistent with the opinion of the Court, including the presentation of any further relevant evidence developed by the parties.

Further, the Commissioner is directed to forward a copy of the Court's opinion and report to the ALJ hearing the matter on remand.

Baton Rouge, Louisiana, this 27th day of February, 2008.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE