UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALINE ANTHONY

VERSUS

MICHAEL ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

CIVIL ACTION

NO. 06-982-JJB-DLD



FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 JUN 16  P 2: 08

DEPUTY CLERK

## RULING ON PLAINTIFF'S APPLICATION FOR ATTORNEY'S FEES AND COST UNDER THE EQUAL ACCESS TO JUSTICE ACT

This matter is before the court on plaintiff's application for attorney's fees and costs under the Equal Access to Justice Act (EAJA) (doc 12). 28 U.S.C. § 2412. Oral argument is not necessary. Jurisdiction exists pursuant to 42 U.S.C. § 405.

Plaintiff seeks an award of $3,897.50. This amount represents $3,547.50 for 23.65 hours of legal representation expended at the judicial level at a hourly attorney fee rate of $150.00 and $350.00 in cost (the filing fee). The defendant, Michael Astrue, does not oppose an award of attorney's fees in the amount of $3,897.50 (doc 14). The Court finds that an award for attorney fees to the plaintiff shall be granted in the amount of $3,897.50.

Accordingly, the motion for attorney's fees and cost (doc. 12) is hereby granted.

Baton Rouge, Louisiana, June 16th, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA

1