UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ALINE ANTHONY

VERSUS

MICHAEL ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

CIVIL ACTION

NO. 06-982-JJB-DLD

## JUDGMENT

For written reasons assigned,

IT IS ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of the plaintiff, Aline Anthony, against defendant, Michael Astrue, in the amount of $3,897.50 for an award of attorney's fees and cost.

Baton Rouge, Louisiana, June, 16th, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA